# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANK PHILLIP BARBATO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1196

[July 11, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren Burke, Judge; L.T. Case No. 50-2022-MM-009726-AXXX-MB.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***